United States District Court

Northern District of California

| | |
|---|---|
| STEVEN BONILLA, et al., | Case Nos.: C 14-1990 CW (PR) |
| Plaintiffs, | C 14-2091 CW (PR) |
| v. | |
| JEFFREY BEARD, Director of California Department of Corrections and Rehabilitation, | JUDGMENT |
| Defendant. | |
| STEVEN BONILLA, et al., | |
| Plaintiffs, | |
| v. | |
| JEFFREY BEARD, Director of the California Department of Corrections and Rehabilitation, | |
| Defendant. | |

Pursuant to the Court's Order of today's date dismissing the present actions, a judgment of DISMISSAL with prejudice is hereby entered.

IT IS SO ORDERED.

Dated: 6/2/2014

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE